

**M3 GLOBAL RESEARCH** — **MDLinx** — **EARN COMPENSATION FOR YOUR OPINION!**

Dear Dr. James Padula,

We are currently conducting an online survey with **Gastroenterologists,** and we would like to invite you to participate.

**Length**: 25 minutes online
**Compensation**: $71 for your time upon completion
**Deadline**: Thursday, December 10, 2015 or when we reach our desired number of completes

To participate in this survey, log on using the unique access information below:

**Survey link**: http://www.m3globalresearch.com/myinvite
**User ID**: 4409439
**Invite Code**: R9666F71

Thank you in advance for your time and participation!

Regards,

*Jessica McCann*

Jessica McCann
VP Global Operations
M3 Global Research

Please Note: You must be the doctor to whom this invitation is addressed in order to be compensated for participation. This invitation is not for members of M3 Global Research who may have already received an invitation via email, we apologize for any duplication. Please do not attempt to complete more than once as we can only compensate you once per survey.

You will need to answer a few screening questions in order to qualify for this survey. Compensation checks will be sent in 4-6 weeks to participants who qualify and complete the entire survey. If you have any technical difficulties completing the questionnaire or comments/questions about this survey, please contact support@usa.m3.com.

Please be assured that any opinions expressed in this survey are for research purposes only and will be kept strictly confidential. You will not be solicited because of your participation in this study. There are NO sales or endorsements associated with this study.

If you would like your fax number removed, please call 800.222.9268 or fax 215.689.3706.

501 OFFICE CENTER DR       SUITE 410       FORT WASHINGTON PA 19034
PHONE 202.293.2288 x792                    FAX 215.689.3706

Bluemenfeld 000057