IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

| | |
|---|---|
| COMPREHENSIVE HEALTH CARE SYSTEMS, INC., a Florida Corporation, individually and as the representative of a class of similarly-situated persons,<br><br>     Plaintiff,<br><br>v.<br><br>M3 USA CORPORATION, MDLINX, INC., and JOHN DOES 1-12<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 16-cv-80874<br>)<br>)<br>) Judge Beth Bloom<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Comprehensive Health Care Systems, Inc. ("Plaintiff"), filed on the Civil Docket Report under the name Comprehensive Health Services, Inc., pursuant to Fed. R. Civ. P. 41 (a) (1) (A) (i) and, as this action was filed as a class action, under Fed. R. Civ. P. 23, hereby voluntarily dismisses this action without prejudice, and without taxation of costs.

June 16, 2016              Respectfully submitted,

                    COMPREHENSIVE HEALTH CARE SYSTEMS, INC., a Florida Corporation, individually and as the representative of a class of similarly-situated persons

                    By: /s/ Phillip A. Bock

Phillip A. Bock
Tod A. Lewis
James M. Smith
Bock, Hatch, Lewis & Oppenheim LLC
134 N. La Salle Street, Suite 1000
Chicago, IL  60602
Telephone:  312/658-5500
phil@bockhatchllc.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 16, 2016, I caused the foregoing to be filed using the Court's CM/ECF system which will send notification of such filing to all counsel of record.

                                                             /s/ Phillip A. Bock