**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 16-cv-80874-BLOOM/Valle**

COMPREHENSIVE HEALTH SERVICES, INC,

Plaintiff,

v.

M3 USA CORPORATION, MDLINX, INC
and JOHN DOES 1-12,

Defendants.
_______________________________________/

**FINAL ORDER OF DISMISSAL**

**THIS MATTER** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. [5]. The Court having considered Plaintiff's Notice of Voluntary Dismissal and being otherwise duly informed therein, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Notice of Voluntary Dismissal, ECF No. [5], is **APPROVED AND ADOPTED**, and the above-styled case is hereby **DISMISSED**. Each party is to bear its own attorneys' fees and costs. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this matter.

**DONE AND ORDERED** in Miami, Florida, this 16th day of June, 2016.

_______________________________________
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record